UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-02440-SPG-DTB | Date | July 26, 2026 |
| Title | Construction Laborers Trust Funds for Southern California Administrative Company v. Geo Grout Ground Modification Specialist, Inc. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER CONTINUING DEADLINE ON ORDER TO SHOW CAUSE RE DISMISSAL [ECF NO. 15]**

On June 29, 2026, Plaintiff filed a Notice of Tentative Settlement. *See* (ECF No. 14). The Court therefore ordered the parties to show cause, in writing, by no later than July 29, 2026, why the Court should not dismiss this action. *See* (ECF No. 15 (“OSC”)). On July 23, 2026, Plaintiff filed a response to the OSC, requesting additional time to finalize a settlement agreement with Defendant. *See* (ECF No. 16 (“Response”)). In consideration of Plaintiff’s Response, the Court continues the deadline on the pending OSC from July 29, 2026, to August 26, 2026. Failure to file a response shall be deemed consent to dismissal.

**IT IS SO ORDERED.**

________ : ________

Initials of Preparer pg